

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-95,927-02

### EX PARTE SHARON RAYNEE HENDERSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 349CR-23-36538-B IN THE 349TH DISTRICT COURT
### FROM ANDERSON COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of possession of a controlled substance and sentenced to twenty months' imprisonment in a state jail. She filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that she was denied her right to an appeal because appellate counsel was not timely notified of his appointment, which then caused counsel to file an untimely notice of appeal and eventually ended with the court of appeals dismissing Applicant's appeal for want of jurisdiction. Applicant further alleges that counsel was unaware that his Motion for Leave to File a Late Appeal was rejected, and that the appellate court denied counsel's Motion for Rehearing of

Dismissal for Want of Jurisdiction. After an independent review, this Court agrees that Applicant was denied her right to appeal through no fault of her own.

Relief is granted. *See Ex Parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2006). Applicant may file an out-of-time appeal of her conviction in cause number 349CR-23-36538 from the 349th District Court of Anderson County. Applicant appears to be represented by appellate counsel. If not, the trial court shall determine whether Applicant is indigent within ten days from the date of this Court's mandate. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent her on direct appeal. Should Applicant decide to appeal, she must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:     JANUARY 15, 2025
Do not publish